UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re: Ethylene Oxide Coordinated Pretrial Proceedings* | Civil Action No. 24-CV-7261<br><br>Hon. Jorge L. Alonso |

**UNOPPOSED MOTION FOR**
**REASSIGNMENT ACCORDING TO EXECUTIVE COMMITTEE ORDER**

Defendants PPG Industries, Inc. ("PPG") and Cosmed Group, Inc. ("Cosmed") submit the following Motion for Reassignment According to Executive Committee Order to identify 24 cases that were inadvertently omitted from the list included with the Executive Committee Order, Dkt. No. 1, and state as follows:

1. On August 16, 2024, the Executive Committee entered an Order stating that "the cases identified on the attached document should be presided over by a single district judge" and assigned this Court to preside over the coordinated pretrial proceedings. [Dkt. No. 1.]

2. The Executive Committee Order also stated that "any additional cases that may be filed with similar claims and the same defendants shall be part of these coordinated pretrial proceedings." *Id.*

3. Of the 51 related cases that PPG removed to this Court on July 24, 2024, 13 cases appear to have been inadvertently omitted from the list attached to the Executive Committee Order:

    a.    *Wilvert*, Case No. 1:24-cv-06231.
    b.    *Bobroff*, Case No. 1:24-cv-06235.
    c.    *Horning*, Case No. 1:24-cv-06236.
    d.    *Barrera*, Case No. 1:24-cv-06244.
    e.    *Corder*, Case No. 1:24-cv-06245.
    f.    *Huston*, Case No. 1:24-cv-06247.
    g.    *Koch*, Case No. 1:24-cv-06249.

      h.    *Stasek-Diaz*, Case No. 1:24-cv-06260.
      i.    *Diaz, et al.*, Case No. 1:24-cv-06262.
      j.    *Koklamanis*, Case No. 1:24-cv-06303.
      k.    *Tarasiuk*, Case No. 1:24-cv-06305.
      l.    *Petersen*, Case No. 1:24-cv-06312.
      m.    *Wilson*, Case No. 1:24-cv-06316.

4. Additionally, 11 of the 37 cases Cosmed removed appear to have been inadvertently omitted from the list attached to the Executive Committee Order:

      a.    *Abell*, Case No. 1:24-cv-6315.
      b.    *Bunnell*, Case No. 1:24-cv-6319.
      c.    *Cornell*, Case No. 1:24-cv-6323.
      d.    *Flament*, Case No. 1:24-cv-6327.
      e.    *Locher*, Case No. 1:24-cv-6325.
      f.    *Meyers*, Case No. 1:24-cv-6341.
      g.    *Schrader*, Case No. 1:24-cv-6347.
      h.    *Sefton*, Case No. 1:24-cv-6348.
      i.    *Slotowski*, Case No. 1:24-cv-6332.
      j.    *Tellez*, Case No. 1:24-cv-6339.
      k.    *Vaitkus*, Case No. 1:24-cv-6342.

5. The Executive Committee Order further stated that "all pretrial proceedings are to be filed in case 24 CV 7261, IN RE: Ethylene Oxide Coordinated Pretrial Proceedings until further order of the Honorable Jorge L. Alonso." [Dkt. No. 1.]

For the foregoing reasons, PPG and Cosmed respectfully request that this Court enter the attached Order and reassign the 24 omitted cases to be included with the cases listed in Dkt. No. 1 of the above-captioned matter for coordinated pretrial proceedings.

Dated: August 22, 2024 Respectfully submitted,

/s/ Anthony D. Pesce
Charles M. Gering
Anthony D. Pesce
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Chicago, Illinois 60601
(312) 641-6888
cgering@pedersenhoupt.com
apesce@pedersenhoupt.com

*Counsel for Defendant Cosmed Group, Inc.*

/s/ Kenn Brotman
Vincenzo R. Chimera #6320435
Kenn Brotman #6236771
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: (312) 807-4200
Email: vincenzo.chimera@klgates.com
Email: kenn.brotman@klgates.com

David A. Fusco *Pro Hac Vice Forthcoming*
Wesley A. Prichard *Pro Hac Vice Forthcoming*
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501
Email: david.fusco@klgates.com
Email: wesley.prichard@klgates.com

*Counsel for Defendant PPG Industries, Inc.*

**CERTIFICATE OF CONFERENCE**

      This is to certify that the undersigned conferred with Plaintiffs and Plaintiffs do not oppose the relief requested.

                                        */s/ Kenn Brotman*
                                        Kenn Brotman

**CERTIFICATE OF SERVICE**

      This is to certify that on August 22, 2024, a true and correct copy of the foregoing document was served upon all known counsel of record via the Court's CM/ECF electronic filing system.

                                        */s/ Kenn Brotman*
                                        Kenn Brotman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re: Ethylene Oxide Coordinated Pretrial Proceedings* | Civil Action No. 24-CV-7261 <br><br> Hon. Jorge L. Alonso |

### [PROPOSED] ORDER

AND NOW, upon consideration of Defendant PPG Industries, Inc. ("PPG") and Cosmed Group, Inc.'s ("Cosmed") Unopposed Motion for Reassignment According to Executive Committee Order ("Motion"), it is hereby ORDERED, ADJUDGED, and DECREED that PPG and Cosmed's Motion is GRANTED.

The following cases are reassigned to the above-captioned docket for coordinated pretrial proceedings, consistent with the Executive Committee's Order. [Dkt. No. 1.]

1. *Wilvert*, Case No. 1:24-cv-06231.
2. *Bobroff*, Case No. 1:24-cv-06235.
3. *Horning*, Case No. 1:24-cv-06236.
4. *Barrera*, Case No. 1:24-cv-06244.
5. *Corder*, Case No. 1:24-cv-06245.
6. *Huston*, Case No. 1:24-cv-06247.
7. *Koch*, Case No. 1:24-cv-06249.
8. *Stasek-Diaz*, Case No. 1:24-cv-06260.
9. *Diaz, et al.*, Case No. 1:24-cv-06262.
10. *Koklamanis*, Case No. 1:24-cv-06303.
11. *Tarasiuk*, Case No. 1:24-cv-06305.
12. *Petersen*, Case No. 1:24-cv-06312.
13. *Abell*, Case No. 1:24-cv-6315
14. *Wilson*, Case No. 1:24-cv-06316.
15. *Bunnell*, Case No. 1:24-cv-6319
16. *Cornell*, Case No. 1:24-cv-6323
17. *Flament*, Case No. 1:24-cv-6327
18. *Locher*, Case No. 1:24-cv-6325

19. *Meyers*, Case No. 1:24-cv-6341
20. *Schrader*, Case No. 1:24-cv-6347
21. *Sefton*, Case No. 1:24-cv-6348
22. *Slotowski*, Case No. 1:24-cv-6332
23. *Tellez*, Case No. 1:24-cv-6339
24. *Vaitkus*, Case No. 1:24-cv-6342

_____
The Honorable Jorge L. Alonso