# Exhibit 2



## Transcript of Proceedings had in
## Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.

**Taken On:** August 28, 2024

Royal Reporting Services, Inc.
Phone: 312.361.8851
Email: info@royalreportingservices.com
Website: royalreportingservices.com

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 8/28/2024

Page 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

KATHLEEN KOCH,                    )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )    No. 23 L 686
                                  )
VANTAGE SPECIALTY                 )    All Consolidated
CHEMICALS, INC.; et al.,          )    Cases
                                  )
            Defendants.           )


        Report of proceedings had at the hearing in

the above-entitled cause before the HONORABLE JOHN H.

EHRLICH, Judge of said Court, at Richard J. Daley

Center, 50 West Washington Street, Courtroom 2306,

Chicago, Illinois, commencing at 8:32 a.m. on

August 28th, 2024.

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 8/28/2024

```
                                                        Page 2

 1   APPEARANCES:

 2        STINAR GOULD GRIECO & HENSLEY
          MR. BRYCE T. HENSLEY
 3        101 North Wacker Drive
          Suite 100
 4        Chicago, Illinois 60606
          Phone:  312.748.7338
 5        E-mail:  bryce@sgghlaw.com

 6             On behalf of the Plaintiffs;

 7


 8        KIRKLAND & ELLIS LLP
          MR. BRENDAN E. RYAN
 9        333 West Wolf Point Plaza
          Chicago, Illinois 60654
10        Phone:   312.862.2000
          E-mail:  brendan.ryan@kirkland.com
11
               and
12
          ROPES & GRAY LLP
13        MR. NICHOLAS M. BERG
          191 North Wacker Drive
14        32nd Floor
          Chicago, Illinois 60606
15        Phone: 312.845.1200
          E-mail:  nicholas.berg@ropesgray.com
16
               On behalf of the Defendant Vantage Specialty
17        Chemicals, Inc.;

18

19

20

21

22

23

24
```

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 8/28/2024

```
                                                          Page 3

 1    APPEARANCES (continued):

 2         PEDERSEN & HOUPT
           MR. CHARLES M. GERING
 3         MR. ANTHONY DeMARCO PESCE
           161 North Clark Street
 4         Suite 2700
           Chicago, Illinois 60601
 5         Phone:  312.641.6888
           E-mail:  cgering@pedersenhoupt.com
 6                  apesce@pedersenhoupt.com

 7             On behalf of the Defendant Cosmed Group, Inc.;

 8         JONES DAY
           MR. PHILIP M. OLISS
 9         MR. ALEXANDER W. PRUNKA
           901 Lakeside Avenue
10         Cleveland, Ohio 44114
           Phone:   216.586.3939
11         E-mail:  poliss@jonesday.com
                    aprunka@jonesday.com
12
               On behalf of the Defendant STERIS Isomedix
13             Services, Inc.;

14         K&L GATES LLP
           MR. KENN BROTMAN
15         70 West Madison Street
           Suite 3300
16         Chicago, Illinois 60602
           Phone:  312.372.1121
17         E-mail:  kenn.brotman@klgates.com

18             On behalf of PPG Industries, Inc.;

19         DLA PIPER
           MR. JOSEPH A. ROSELIUS
20         444 West Lake Street
           Suite 900
21         Chicago, Illinois 60606
           Phone:  312.368.7034
22         E-mail:  joseph.roselius@dlapiper.com

23             On behalf of BASF.

24
```

Royal Reporting Services, Inc.
312.361.8851

Kathleen Koch v. Vantage Specialty Chemicals, Inc.; et al.
Proceedings had on 8/28/2024

Page 24

1  at this because it is -- it appears to be a case that
2  was dismissed.
3     THE COURT: Why don't we do this. Look it over.
4  If the statute is running between now and next week --
5     MR. HENSLEY: Okay.
6     THE COURT: -- get it decided. And you can e-mail
7  it in, and I will get it entered for you.
8     MR. OLISS: Thank you.
9     THE COURT: Otherwise, we will look at it next
10 week.
11    MR. OLISS: Thank you, Your Honor.
12    THE COURT: Anything else?
13    MR. OLISS: I do have one other issue, Your Honor.
14 We had previously -- we discussed a little bit last
15 week -- filed a motion in order to get a date certain
16 for filing of contribution claims, counterclaims. There
17 was some discussion on it -- about it last week. We
18 have not heard any further objection or any request that
19 the proposed order be modified in any way. I don't know
20 if there is anything anybody wants to say on it, but we
21 still got that request in front of you. I think you
22 indicated last week you were inclined to enter it, and
23 then there was some discussion --
24    THE COURT: Right.

Page 25

1     MR. OLISS: -- and we were going to hear from folks
2  if they had a problem with it. We have not heard
3  anything further.
4        This is the proposed order.
5        (Document tendered.)
6     THE COURT: Thank you.
7        I know we discussed that last week, and I just
8  wanted to make sure that we are all okay with it. So I
9  have no problem with any contribution claims. So that
10 will be entered as well.
11    MR. OLISS: Thank you, Your Honor.
12    THE COURT: Anything else?
13    MR. RYAN: One other item, Your Honor. My
14 colleague -- This is Brendan Ryan on behalf of Vantage.
15       My colleague, Katie Welch, sent you the order
16 that was discussed last week with regard to this Michael
17 Moskowitz case that should be dismissed without
18 prejudice for want of prosecution. She sent you that
19 order, I believe late last week or -- late last week.
20 I don't think it's been entered yet. I don't have it
21 with me, but --
22    THE COURT: I thought it was.
23    MR. RYAN: If it was entered, we'll check again.
24    THE COURT: Check again, because I believe it was

Page 26

1  entered either Monday or Tuesday.
2     MR. RYAN: Got it. Okay. We'll check again.
3     THE COURT: If not, have her send it over again,
4  because I don't have a problem with that.
5     MR. RYAN: Okay. Great.
6     THE COURT: I thought I gave that to
7  Lamont (phonetic) Monday or Tuesday. Let me just check
8  to see if it's in this stack.
9        No. I think it was entered; but again, if
10 not, have her send it over again.
11    MR. RYAN: We'll take a look. Thank you,
12 Your Honor.
13    MR. HENSLEY: Your Honor, I have just a little bit
14 more information on that Carney case. I believe the
15 SOL is running this weekend. And from my understanding,
16 this was one of the cases that if you dismissed it --
17 you had granted leave to amend to add the diagnosis
18 date, and I believe that we since have done that. So
19 that's the issue, I guess. I will give counsel the
20 opportunity to review it, but we'll probably reach out
21 to you tomorrow with an update on that to get that order
22 entered if --
23    THE COURT: That's fine.
24       Do you have a copy of this, Counsel?

Page 27

1     MR. OLISS: I think we got one by e-mail.
2     MR. HENSLEY: We e-mailed it, yeah.
3     THE COURT: Okay. Why don't -- I will hold onto
4  this one; and that way you can just say you've agreed to
5  it, assuming you agree to it, and then I can just enter
6  the order.
7     MR. HENSLEY: Great.
8     THE COURT: Okay. I'm assuming that's going to be
9  okay.
10    MR. OLISS: I don't know, Your Honor. I mean, it
11 was dismissed, and it was dismissed for a reason. And
12 that reason, I believe, was that it did not -- this
13 individual didn't allege exposure during the period of
14 ownership of -- certainly of Isomedix. I believe it was
15 Cosmed as well. So there is a material issue with this
16 plaintiff, and that's why we moved to dismiss the claim.
17 So if he has not cured that, then we would oppose it.
18    THE COURT: Well, again, chat about that in the
19 meantime and follow up with me tomorrow or Friday.
20 I will give you both days.
21       Anything else?
22       What about the next week? Are we meeting next
23 week, our usual Wednesday, or are things...
24    MR. OLISS: We do have expert depositions next

9 (Pages 24 to 27)

Royal Reporting Services, Inc.
312.361.8851