# Exhibit 3

| | |
|---|---|
| **From:** | Berg, Nicholas M. |
| **Sent:** | Thursday, August 15, 2024 7:09 PM |
| **To:** | Lauren Blazing; Rogers, Brenton |
| **Cc:** | Todd Logan; Brandt Silver-Korn; Bushofsky, Jeffrey J.; Schropp, Stefan; Ehrlich, Philip; Liesman, Francis |
| **Subject:** | RE: Phelps: Service of Complaint |
| **Attachments:** | ilnd-1_2024-cv-03411-00041.pdf |

Lauren,

We will accept service for Vantage.

Best,
Nick

**Nicholas M. Berg**
**ROPES & GRAY LLP**
T +1 312 845 1322 | M +1 312 848 7120
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Nicholas.Berg@ropesgray.com
www.ropesgray.com
pronouns: he/him/his

**From:** Lauren Blazing <lblazing@edelson.com>
**Sent:** Thursday, August 15, 2024 12:02 PM
**To:** Rogers, Brenton <brogers@kirkland.com>; Berg, Nicholas M. <Nicholas.Berg@ropesgray.com>
**Cc:** Todd Logan <tlogan@edelson.com>; Brandt Silver-Korn <bsilverkorn@edelson.com>
**Subject:** Phelps: Service of Complaint

# [EXTERNAL]

Brent and Nick,

Last night, in line with Judge Alonso's 8/8 order, we filed an amended complaint naming Vantage in Phelps v. Isomedix Operations, Inc. (24-cv-03411). I've attached a copy of that complaint here.

Could you please confirm whether Vantage will accept service of the complaint via this email?

Thanks,
Lauren
--

**Edelson** PC

**Lauren Blazing**
she/her/hers
150 California St, 18th Floor, San Francisco, CA 94111
d 628.251.2045 · t 415.212.9300 · edelson.com