# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re: Ethylene Oxide Coordinated Pretrial Proceedings* | Case No. 1:24-cv-07261 <br><br> Hon. Jorge L. Alonso |

## JOINT MOTION TO SET BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO FILE UNDER SEAL

Defendants Isomedix Operations, Inc. and Cosmed Group, Inc. and Plaintiffs now move for a stipulated briefing schedule and, in support, state the following:

1. On September 5, 2024, Plaintiffs moved to file under seal a redacted "Confidential Term Sheet for Proposed Global Settlement." ECF 33.

2. On September 9, 2024, Isomedix gave notice that it intends to oppose Plaintiffs' motion. ECF 37.

4. LR 78.3 empowers this Court to set a briefing schedule for motions.

5. After conferring, the above-listed parties have agreed and hereby stipulate to the following schedule:

- Opposition briefs due September 18, 2024
- Reply briefs due October 2, 2024

For these reasons, the above-listed parties respectfully move the Court for an order adopting the parties' stipulated briefing schedule.

Dated: September 10, 2024

By /s/ Philip M. Oliss
Philip M. Oliss
Alexander Walton Prunka
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: poliss@jonesday.com
      aprunka@jonesday.com

Erica Duff
JONES DAY
110 North Wacker Drive, Suite 4800
Chicago, Illinois 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: eduff@jonesday.com

*Counsel for Isomedix Operations, Inc.*


By /s/ Charles M. Gering
Charles M. Gering
Anthony D. Pesce
PEDERSEN & HOUPT
161 North Clark Street, Suite 2700
Telephone: (312) 641-6888
Email: cgering@pedersenhoupt.com
      apesce@pedersenhoupt.com

*Counsel for Cosmed Group, Inc.*

By /s/ Todd Logan
Todd Logan
Brandt Silver-Korn
EDELSON, PC
150 California St, 18th Floor,
San Francisco, CA 94111
Telephone: (415) 212-9300
Email: tlogan@edelson.com
      bsilverkorn@edelson.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, a true and correct copy of this notice was filed and served on counsel of record via the United States District Court for the Northern District of Illinois's CM/ECF system.

Dated: September 10, 2024

*/s/ Philip M. Oliss*
Philip M. Oliss
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: poliss@jonesday.com

*Counsel for Isomedix Operations, Inc.*
